UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JUAN GARCIA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>WESTERN WASTE SERVICES, INC., *et. al.*,<br><br>　　　　　　Defendants. | Case No. 1:12-cv-00597-BLW<br><br>**ORDER** |

The Court has before it the parties' Stipulated Motion to Reschedule Summary Judgment Hearing and Plaintiff's Reply to Defendants' Supplement (Dkt. 29). Good cause appearing, the Court will grant the motion.

### ORDER

**IT IS ORDERED:**

1. The parties' Stipulated Motion to Reschedule Summary Judgment Hearing and Plaintiff's Reply to Defendants' Supplement (Dkt. 29) is **GRANTED**.

2. The summary judgment hearings scheduled for May 21, 2013 is **VACATED**.

3. The parties shall engage in discovery for the limited purpose of addressing the MCA exemption between now and **July 1, 2013**.

4. Plaintiff shall file a reply brief to Defendants' Supplement on or before **July 16, 2013**.

5.    A hearing on the motion is scheduled for **July 24, 2013 at 10:00 a.m.** in the Federal Courthouse in Boise, Idaho.

DATED: **May 16, 2013**

B. LYNN WINMILL
Chief U.S. District Court Judge

**ORDER - 2**